John H. Wemple against the Federal Stock & Grain Company of New York.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

CHASE, J., dissents, on the ground that the plaintiff claims $400 for money deposited, amount not stated, and profits, pursuant to a contract which is not produced, and the contents of which are not shown; facts showing a good cause of action not being stated.

WEMPLE v. FEDERAL STOCK & GRAIN CO. (Supreme Court, Appellate Division, Third Department. May 16, 1905.) Action by John R. Wemple against the Federal Stock & Grain Company. No opinion. Motion denied.

WENDELL v. WENDELL. (Supreme Court, Appellate Division, First Department. April 7, 1905.) Action by Frank L. Wendell against Clara M. Wendell. No opinion. Motion denied.

WERNER CO. v. BONNELL et al. (Supreme Court, Appellate Division, First Department. April 14, 1905.) Action by the Werner Company against J. Harper Bonnell and others. No opinion. Motion granted, so far as to dismiss appeal, with $10 costs.

WHITE v. DAVENPORT et al. (Supreme Court, Appellate Division, Second Department. April 21, 1905.) Action by Josiah J. White against William B. Davenport and others. No opinion. Motion denied, and stay vacated.

WHITNEY, Respondent, v. JOSEPH H. BAULAND CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 21, 1905.) Action by Sarah J. Whitney against the Joseph H. Bauland Company. No opinion. Judgment and order unanimously affirmed, with costs.

WHITNEY, Respondent, v. JOSEPH H. BAULAND CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 21, 1905.) Action by William A. Whitney against the Joseph H. Bauland Company. No opinion. Judgment and order unanimously affirmed, with costs.

In re WILDER et al. (Supreme Court, Appellate Division, Fourth Department. May 10, 1905.) In the matter of the application of Frank P. Wilder and the Carthage Sulphite Pulp Company for the appointment of commissioners to assess damages of riparian owners on Deer river, etc.

PER CURIAM. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs. Held that, without in any manner passing on the merits of the award herein, it does not seem necessary, upon the facts disclosed by the record in this proceeding, to send the report back to the commissioners to have detailed findings made by them.

WILLSEN v. METROPOLITAN ST. R. CO. (Supreme Court, Appellate Division, First Department. April 20, 1905.) Action by Julius Willsen against Metropolitan Street Railroad Company. No opinion. Motion denied.

WOLF v. MANHATTAN CONSUMERS' CO. (Supreme Court, Appellate Division, First Department. April 20, 1905.) Action by Margaret Wolf, as administratrix, against the Manhattan Consumers' Company. No opinion. Motion denied.

WRIGHT v. HART. (Supreme Court, Appellate Division, First Department. April 20, 1905.) Action by Edmund Wright, as trustee, against Edward Hart. No opinion. Motion granted.

YANNUZZI v. GRAPE. (Supreme Court, Appellate Division, First Department. May 12, 1905.) Action by Pasquale Yannuzzi against James E. Grape. No opinion. Motion denied, with $10 costs.

YOUNG, Respondent, v. NEW YORK CITY RY. CO., Appellant. (Supreme Court, Appellate Term. May 29, 1905.) Appeal from Municipal Court, Borough of Manhattan. Action by Samuel T. Young against the New York City Railway Company. From a judgment for plaintiff, defendant appeals. Affirmed. William E. Weaver, for appellant. Carruth, Ziegler & Carruth, for respondent.

PER CURIAM. We are of the opinion that none of the exceptions were well taken. The objection on page 5 of the stenographer's minutes appears to have been made after the question had been asked and answered; and, moreover, under the circumstances disclosed by the evidence in the case, the plaintiff was entitled to recover, as one of the elements of the damages sustained by him, the amount paid by him for a wagon to take the place of the wagon destroyed by the defendant. The evidence warrants the finding of the justice. Judgment affirmed, with costs.

CONGER, Respondent, v. CONGER et al., Appellants. (Supreme Court, Appellate Division, First Department. December, 1904.) Action by Clarence R. Conger, as trustee under the last will and testament of Catherine Ann Hedges, deceased, against Theodore H. Conger and others. Judgment modified as directed in opinion, and, as modified, affirmed, without costs. Opinion by PATTERSON, J., in which O'BRIEN and LAUGHLIN, JJ., concur, withheld from publication by direction of the court. VAN BRUNT, P. J., and HATCH, J., dissent. Motion for reargument pending.

GOWANS et al., Appellants, v. JOBBINS, Respondent. (Supreme Court, Appellate Division, Fourth Department. January, 1905.) Action by John Gowans and others against Frances H. Jobbins, as ancillary executrix of William F. Jobbins, deceased.

PER CURIAM. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs, unless the defendant comply with the conditions contained in the per curiam memo-